IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

DUSTON T. POPE,                             CHAPTER 13
                                                                CASE NO. 12-66232
                            DEBTOR.              HON. MARCI B. McIVOR
_____/

## ORDER APPROVING FEE APPLICATION

This matter having come before the Court upon the application of Rochelle E. Guznack ("Applicant"), all interested parties having been served with notice of the application and the provisions of LBR 2016-2 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

| | | |
|---|---|---|
| PRIOR AWARD(S) FOR FEES: | $ 0.00 | |
| PRIOR AWARD(S) FOR COSTS: | $ 0.00 | |
| TOTAL AWARD TO DATE: | | $ 0.00 |
| | | |
| THIS AWARD FOR FEES: | $ 4,420.00 | |
| THIS AWARD FOR COSTS: | $ 348.00 | |
| TOTAL THIS AWARD: | | $ 4,768.00 |
| GRAND TOTAL FEES AND COSTS | | $ 4,768.00 |
| | | |
| LESS AMOUNT PAID DIRECTLY BY DEBTOR | | ($ 3,000) |
| | | |
| BALANCE TO BE PAID BY TRUSTEE | | $ 1,768.00 |

2. This award covers services rendered and expenses incurred during the time period of September 26, 2012 through June 14, 2013.

Signed on July 17, 2013

                                            /s/ Marci B. McIvor
                                            Marci B. McIvor
                                            United States Bankruptcy Judge