LAW OFFICES OF ROCHELLE E. GUZNACK

905 W. ANN ARBOR TRAIL
PLYMOUTH, MI 48170

**Statement**

| Date |
|---|
| 1/29/2014 |

To:
Mr. Duston Pope
14325 Arden
Livonia, MI 48154

Account #

| Date | Transaction | Amount | Balance | Rate |
|---|---|---|---|---|
| 05/22/2013 | Balance forward | | 0.00 | |
| 05/27/2013 | Post-Confirmation- re 2012 tax refund and plan modification<br>--- Email to client, 0.2 @ $200.00 = 40.00 | 40.00 | 40.00 | 200.00 |
| 05/29/2013 | E-mails to and from client re 2012 tax refund and plan modification<br>--- Multiple e-mail communications, 0.2 @ $200.00 = 40.00 | 40.00 | 80.00 | 200.00 |
| 10/30/2013 | First Post-Confirmation Plan Modification; multiple e-mail to and from client re same<br>--- Preparation of, 1.5 @ $200.00 = 300.00 | 300.00 | 380.00 | 200.00 |
| 10/30/2013 | Postage for service of First Post-Confirmation Plan Modification<br>--- Postage, 30 @ $0.46 = 13.80 | 13.80 | 393.80 | 0.46 |
| 11/14/2013 | Ch. 13 Trustee's Objection to proposed plan modification; e-mail to client re same<br>--- Review of, 0.1 @ $200.00 = 20.00 | 20.00 | 413.80 | 200.00 |
| 11/18/2013 | Review Ch. 13 Trustee's Report of Receipts and Disbursements; review 13 Network for Plan and payment status; e-mails to and from client re same<br>--- Review of, 0.5 @ $200.00 = 100.00 | 100.00 | 513.80 | 200.00 |

| *Amount Due |
|---|
| $1,867.30 |

*In full until the balance of your account, a negative amount due is the same as a positive balance.

LAW OFFICES OF ROCHELLE E. GUZNACK

905 W. ANN ARBOR TRAIL
PLYMOUTH, MI 48170



| Date |
|---|
| 1/29/2014 |

To:

Mr. Duston Pope
14325 Arden
Livonia, MI 48154

| Account # |
|---|
| |

| Date | Transaction | Amount | Balance | Rate |
|---|---|---|---|---|
| 11/19/2013 | E-mails to and from client re dischargeability of student loans<br>--- Multiple e-mail communications, 0.1 @ $200.00 = 20.00 | 20.00 | 533.80 | 200.00 |
| 12/05/2013 | re proposed plan modification; e-mail to client re same<br>--- Attend hearing, 2 @ $200.00 = 400.00 | 400.00 | 933.80 | 200.00 |
| 12/05/2013 | --- Parking fee $6.00 | 6.00 | 939.80 | 6.00 |
| 01/03/2014 | E-mails to and from client re proposed plan modification and supporting documents<br>--- Multiple e-mail communications, 0.2 @ $200.00 = 40.00 | 40.00 | 979.80 | 200.00 |
| 01/07/2014 | Plan modification supporting documents<br>--- Email to/from Trustee's office, 0.2 @ $200.00 = 40.00 | 40.00 | 1,019.80 | 200.00 |
| 01/09/2014 | First adjourned hearing re proposed plan modification; TC client re Ch. 13 Trustee's offer; e-mail to Tom DeCarlo re client's acceptance of offfer<br>--- Attend hearing, 2.8 @ $200.00 = 560.00 | 560.00 | 1,579.80 | 200.00 |
| 01/09/2014 | --- Parking fee $7.50 | 7.50 | 1,587.30 | 7.50 |

| *Amount Due |
|---|
| $1,867.30 |

*Amount Due is not the balance of your account, a negative amount due is the same as a positive balance.

LAW OFFICES OF ROCHELLE E. GUZNACK

905 W. ANN ARBOR TRAIL
PLYMOUTH, MI 48170



| Date |
|---|
| 1/29/2014 |

**To:**
Mr. Duston Pope
14325 Arden
Livonia, MI 48154

Account #

| Date | Transaction | Amount | Balance | Rate |
|---|---|---|---|---|
| 01/22/2014 | Stipulation and order<br>--- Preparation of, 0.4 @ $200.00 = 80.00 | 80.00 | 1,667.30 | 200.00 |
| 01/29/2014 | Second Fee Application<br>--- Preparation of, 1 @ $200.00 = 200.00 | 200.00 | 1,867.30 | 200.00 |

| *Amount Due |
|---|
| $1,867.30 |

*Amount Due is not the balance of your account, a negative amount due is the same as a positive balance.