IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

DUSTON T. POPE,                                CHAPTER 13
                                               CASE NO. 12-66232
          DEBTOR.                              HON. MARCI B. McIVOR
_____/

## ORDER GRANTING FEE APPLICATION AT A REDUCED RATE

This matter having come before the Court upon the application of Rochelle E. Guznack ("Applicant"), all interested parties having been served with notice of the application and the provisions of LBR 2016-2 having been met, and subsequent to oral hearing, Applicant's fee application is granted at a reduced rate from $1,867.30, including costs, to $1,200.00, inclusive of any and all costs.

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | |
   |---|---|
   | PRIOR AWARD(S) FOR FEES: | $ 4,420.00 |
   | PRIOR AWARD(S) FOR COSTS: | 348.00 |
   | TOTAL AWARD TO DATE: | $ 4,768.00 |
   | THIS AWARD FOR FEES: $ 1,200.00 | |
   | THIS AWARD FOR COSTS: $ 0.00 | |
   | TOTAL THIS AWARD: | $ 1,200.00 |
   | GRAND TOTAL FEES AND COSTS | $ 5,968.00 |
   | BALANCE TO BE PAID BY TRUSTEE | $ 1,200.00 |

2. This award covers services rendered and expenses incurred during the time period of May 27, 2013 through January 29, 2014.

.

**Signed on April 24, 2014**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge